LAW OFFICES OF DAVID B. COMMONS
David B. Commons, Esq. (State Bar No. 043290)
5901 Encina Road, Suite B-3
Goleta, California 93117
Tel (805) 967-1222 :: Fax (805) 967-1220

Attorneys for Plaintiffs

**FILED & ENTERED**

**APR 27 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY chackel    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>NEIL J. CHARLES AND SHANNON D. CHARLES<br>                      Debtors | Chapter 13<br>Case No. 9:09-bk-14281 RR<br>Adv. No. 9:10-ap-01013 RR |
| NEIL J. CHARLES AND SHANNON D. CHARLES,<br>                      Plaintiffs,<br>vs.<br>AMERICAN HOME MORTGAGE SERVICING, INC., AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR AMERICAN HOME MORTGAGE SERVICING, INC.,<br>                  Defendant(s). | JUDGMENT FOR PLAINTIFFS<br><br>Date:  April 22, 2010<br>Time:  10:00 am<br>Place: 1415 State St., Santa<br>       Barbara, CA 93101 |

    The Plaintiffs having heretofore filed a *Motion for Default Judgment Under Local Bankruptcy Rule 7055-1* pursuant to Local Bankruptcy Rule 9013-1(o); no response thereto having been filed, Plaintiffs having been represented by and appeared through David B. Commons, Esq., and no other party having appeared;

    The Court having considered the Motion and the evidence and arguments presented, and based upon the findings made on the record and good cause appearing, this Court makes its Order as follows:

Judgment for Plaintiffs

LAW OFFICES OF
DAVID B. COMMONS
5901 ENCINA RD., STE. B-3
GOLETA, CA 93117
(805) 967-1222

Page 1

**JUDGMENT IS HEREBY ORDERED for Plaintiffs as follows:**

1. The Second Deed of Trust in Favor of American Home Mortgage Servicing, Inc., and Mortgage Electronic Registration Systems, Inc., Solely as Nominee for American Home Mortgage Servicing, Inc. (hereinafter referred to as the "Junior Lien"), recorded as instrument number 20070523-00104785-0 on May 23, 2007, in the Official Records of the County of Ventura, which encumbers the Plaintiffs' real property located at 7831 Hermosa Street, Ventura, CA 93004 (hereinafter referred to as the "Property"), the legal description of which is:

> Real property in the City of Ventura, County of Santa Barbara. State of California, described as follows:
>
> Lot 206 in Tract No. 4465-3, in the City of San Buenaventura, County of Ventura, State of California, as per map recorded in Book 126, Pages 38-44 of Maps, in the Office of the County Recorder of said County.
>
> Except therefrom the oil minerals and other rights granted to Edward W. Haskell by deed dated December 24, 1864, Recorded in Book "B" Page 153 of Deeds.
>
> APN: 086-0-251-045

is hereby determined to be wholly unsecured and, subject to the conditions set forth below, the Junior Lien of American Home Mortgage Servicing, Inc., and Mortgage Electronic Registration Systems, Inc., Solely as Nominee for American Home Mortgage Servicing, Inc. shall be avoided in its entirety. American Home Mortgage Servicing, Inc., and Mortgage Electronic Registration Systems, Inc., Solely as Nominee for American Home Mortgage Servicing, Inc. , having previously filed a claim dated April 6, 2010 in the underlying Chapter 13 proceeding in the amount of $128,223.38, said claim is hereby allowed as an unsecured claim to be paid in accordance with the Debtors' Chapter 13 Plan.

2. The avoidance of the Junior Lien is contingent upon the Debtors' completion of the Chapter 13 Plan and receipt of a discharge in this Chapter 13 proceeding.

LAW OFFICES OF
DAVID B. COMMONS
5901 ENCINA RD., STE. B-3
GOLETA, CA 93117
(805) 967-1222

Judgment for Plaintiffs

Page 2

3.   Upon completion of the Debtors' Chapter 13 Plan and receipt of a discharge, this Judgment may be recorded by the Debtors with the Office of the County Recorder for the county in which the Property is located.

4.   American Home Mortgage Servicing, Inc., and Mortgage Electronic Registration Systems, Inc., Solely as Nominee for American Home Mortgage Servicing, Inc. shall retain a claim for the full amount of the Junior Lien in the event that the Debtors' Chapter 13 case is either dismissed or converted to a case under Chapter 7.

5.   In the event that the holder of the first lien on the Property forecloses on its security interest in the Property and extinguishes the Junior Lien prior to the Debtors' completion of the Chapter 13 Plan, the Junior Lien of American Home Mortgage Servicing, Inc., and Mortgage Electronic Registration Systems, Inc., Solely as Nominee for American Home Mortgage Servicing, Inc. shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject Loan balance at the time of such foreclosure sale.

\# \# \#

\# \# \#

\# \# \#

DATED: April 27, 2010

*Robin Riblet*
United States Bankruptcy Judge

LAW OFFICES OF
DAVID B. COMMONS
5901 ENCINA RD., STE. B-3
GOLETA, CA 93117
(805) 967-1222

Judgment for Plaintiffs

Page 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF
DAVID B. COMMONS
5901 ENCINA RD., STE. B-3
GOLETA, CA 93117
(805) 967-1222

Judgment for Plaintiffs

Page 4

| | |
|---|---|
| In re: Neil J. Charles and Shannon D. Charles<br><br>                          Debtor(s). | CHAPTER: 13<br>CASE NUMBER: 9:09-bk-14281 RR<br>ADV. NUMBER: 9:10-ap-01013 RR: |

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify)   __Judgment for Plaintiffs__   was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _4/25/2010_, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

David Commons   DBCLaw@commonsnet.com

Elizabeth (ND) F Rojas   cacb_ecf@ch13wla.com

US Trustee (ND)   ustpregion16.nd.ecf@doj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

American Home Mortgage Servicing, Inc.
1525 S. Beltline Road, Suite 100 N
Coppell, TX 75019

Mortgage Electronic Registration Systems, Inc., as Nominee for American Home Mortgage Servicing, Inc. (MIN: 100024200017616943)
1818 Library Street, Suite 300
Reston, VA 20190

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re: Neil J. Charles and Shannon D. Charles | CHAPTER: 13 |
| Debtor(s). | CASE NUMBER: 9:09-bk-14281 RR |
| | ADV. NUMBER: 9:10-ap-01013 RR: |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 5901 Encina Road, Suite B-3, Goleta, California 93117.

A true and correct copy of the foregoing document described __Judgment for Plaintiff(s)__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __4/28/2010__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On __4/28/2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/28/2010 | JULIA COMMONS | |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                 **F 9021-1.1**